

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00109-CR

_____

WELDON BOYCE BRIDGES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 159th District Court
Angelina County, Texas
Trial Court No. CR-27979

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Weldon Boyce Bridges appeals from the denial of his Motion for Forensic DNA Testing.[1]  The order denying his motion was signed May 25, 2012, his notice of appeal was filed June 11, the clerk's record was filed August 1, and a supplemental clerk's record was filed August 23.  Appellant's brief was originally due September 24.  We granted Bridges three extensions of his briefing deadline, the last of which resulted in a due date of December 27.  We warned Bridges at that time that "[n]o more extensions will be granted."  On January 29, 2013, our clerk's office sent Bridges a late brief notice giving him until February 8 to file his brief or risk dismissal of his appeal for want of prosecution or for failure to follow the directives of this Court.  While Bridges has been prolific in his filings with this Court, he has not filed the appellant brief in this matter.

Pursuant to Texas Rules of Appellate Procedure 42.3(b) and (c), we dismiss this appeal for want of prosecution.  *See Rodriguez v. State*, 970 S.W.2d 133 (Tex. App.—Amarillo 1998, pet. ref'd).


Josh R. Morriss, III
Chief Justice

Date Submitted:    March 26, 2013
Date Decided:     March 27, 2013

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).  We are unaware of any conflict between precedent of the Twelfth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

Do Not Publish